H. P. Baya, for Defendants in Error.

———

James L. Gavagan, et al., Plaintiffs in Error, v. A. Greenberg, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Duval County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

M. M. Scarborough, for Plaintiffs in Error;

Gibbons, Maxwell, McGarry & Daniel, for Defendant in Error.

———

Oswald Albury, Plaintiff in Error, v. The State of Florida, Defendant in Error.

Writ of Error to a Judgment of the Criminal Court of Record for Monroe County.

Writ of Error dismissed on motion of Attorney General.

No appearance for Plaintiff in Error;

T. F. West, Attorney General, for Defendant in Error.